IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

TIDERIUS WARREN,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4781

Opinion filed May 5, 2015.

Petition for Belated Appeal -- Original Jurisdiction.

Tiderius Warren, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     The petition seeking a belated appeal is denied on the merits.

WOLF, ROWE, and SWANSON, JJ., CONCUR.